A. L. GUIDONE & SON, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

GUY HOWARD KINNEAR, Appellant, v. ALLERTON HOUSE COMPANY, a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

RENAULT FRERES, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN GOLDBERG and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

FRANK VEESER, Appellant, v. FREDERICK BERGMUELLER and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

SMITH AGENCY CORPORATION, Appellant, v. CENTRAL NATIONAL FIRE INSURANCE COMPANY OF DES MOINES, IOWA, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Smith, Merrell and McAvoy, JJ.

BEULAH F. WOOD, Respondent, v. GILBERT C. WOOD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

ALMY REALTY CORPORATION, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within twenty days from service of order upon payment of taxable costs to date. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

STAFFORD BROTHERS, INC., Respondent, v. MOULTON REALTY CORPORATION and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

SAMUEL STEINFELD and Another, as Copartners, etc., Appellants, v. ARLINGTON REFRIGERATOR COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

ISIE SIEGEL, Respondent, v. S. HANDELMAN, INC., and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.

MARY ISABELLE NEILSON, Appellant, v. ELLA REALTY CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

LEHMAN LITHAUER, Appellant, v. RAYMOND J. VINTON and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.